UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN ANGELO, *et al.*,

    Defendants.

Case No. 20-cr-20599
Hon. Matthew F. Leitman

_____/

## ORDER SETTING DEADLINE FOR DEFENDANTS TO FILE MOTION TO ADJOURN TRIAL

This matter is currently set to begin trial on January 10, 2022. The Court's Case Manager recently received an email from one of Defendants' counsel indicating that at least some of the Defendants may seek to adjourn that scheduled trial date. If any Defendant wants to request that the Court adjourn the January 10, 2022, trial date, that Defendant shall file a motion to adjourn with the Court by no later than **September 27, 2022**. The Government shall file a response to any motion to adjourn by no later than **October 4, 2022**.

    **IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: September 20, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 20, 2022, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126