UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                      Case No. 20-cr-20599

v.                                Hon. Matthew F. Leitman

JOHN ANGELO, *et al.*,

     Defendants.

_____/

## ORDER REQUIRING (1) PERSONAL ATTENDANCE OF ALL DEFENDANTS AND DEFENSE COUNSEL AT FINAL PRETRIAL CONFERENCE AND (2) REQUIRING GOVERNMENT TO PREPARE SENTENCING GUIDELINES ESTIMATE FOR DISCUSSION AT FINAL PRETRIAL CONFERENCE

In connection with the trial starting on March 22, 2023, the Court will be conducting a Final Pretrial Conference on February 22, 2023 at 10:00 a.m. In connection with that conference, **IT IS HEREBY ORDERED** as follows:

1.     All Defendants and defense counsel in the trial scheduled to begin on March 22, 2023, shall personally attend the Conference.

2.     Not less than seven days before the Conference, the Government shall deliver (by email) to counsel for each Defendant the Government's current best estimate of that Defendant's range under the United States Sentencing Guidelines upon conviction of all charges in the Fourth Superseding Indictment. The Government will not be bound by this best estimate at any later point in the

proceedings.  The Court will utilize the best estimate required herein when (during

the Conference) the Court conducts with each Defendant a colloquy to determine

each Defendant's understanding of the possible risks of proceeding to trial.  In

addition, the Government shall be prepared to place on the record during the

Conference the terms of any plea offer made to any Defendant at any point during

these proceedings.

       **IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated:  January 10, 2023


I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on January 10, 2023, by electronic means and/or ordinary
mail.

                                             s/Holly A. Ryan
                                           Case Manager
                                           (313) 234-5126