UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 20-cv-20599
Hon. Matthew F. Leitman

JOHN ANGELO, *et al.*,

    Defendants.
_____/

### ORDER DIRECTING DEFENDANTS TO RESPOND TO GOVERNMENT'S SECOND MOTION FOR AUTHORITY TO CONDUCT RULE 15 DEPOSITION IN APRIL 2023 (ECF No. 314)

Now before the Court is the Government's Second Motion for Authority to Conduct Rule 15 Deposition in April 2023 (ECF No. 314). After reviewing the Government's motion, the Court has determined that it would benefit from a response to the motion from Defendants. It is hereby ordered that Defendants shall file a Response to the Government's motion by March 21, 2023.

    **IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: March 7, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 7, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126