UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 20-cv-20599
                                Hon. Matthew F. Leitman

JOHN ANGELO, *et al.*,

    Defendants.

_____/

### ORDER DENYING GOVERNMENT'S MOTION IN LIMINE REQUESTING A COURT RULING ON ADMISSIBILITY OF SUMMARY WITNESS TESTIMONY (ECF No. 339)

On June 28, 2023, the Court held a hearing on the Government's Motion in Limine Requesting a Court Ruling on Admissibility of Summary Witness Testimony (ECF No. 339). For the reasons explained on the record during that hearing, the Government's motion (ECF No. 339) is **DENIED**. At trial, the Government shall not offer the testimony described in the motion or the proposed exhibits attached to the motion. Moreover, for the reasons further explained on the record, the Government shall not offer any testimony attributing income earned by the entities specified in the motion to Defendant John Angelo.

    **IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 5, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 5, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
