UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

           Plaintiff,                       Case No. 4:20-cr-20599
                                                Hon. Matthew F. Leitman

v.

D1, JOHN ANGELO, and
D2, ROSINA ANGELO,

           Defendants.

---

## ORDER REGARDING WITNESS NABIL BEYDOUN

---

Having considered the application by The United States of America, the Court finds that the application is well taken and GRANTS the application.  It is ORDERED that Nabil Beydoun will testify at all trials in this matter and any further proceedings resulting from the trials or ancillary thereto, subject to the provisions provided in 18 U.S.C. § 6002, that no testimony or other information compelled under this Order (or any information derived directly or indirectly from such testimony or other information) may be used against him in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

**IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  July 12, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 12, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126