UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 20-cr-20599
                                      Hon. Matthew F. Leitman

D1, JOHN ANGELO, and
D3, ROSINA ANGELO,

    Defendants.
_____/

### ORDER DENYING GOVERNMENT'S MOTION FOR AN EXPEDITED BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR ACQUITTAL AND NEW TRIAL DATE (ECF No. 423)

On August 2, 2023, the Court held an on-the-record status conference with counsel. During the conference, the Court discussed with counsel the Government's Motion for Expedited Briefing Schedule on Defendants' Motion for Acquittal. For the reasons stated on the record, the motion is **DENIED**. The parties shall adhere to the briefing schedule previously set by the Court.

    **IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated:  August 2, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 2, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126