UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 20-cr-20599
    Hon. Matthew F. Leitman

D1, JOHN ANGELO,
D5, GLENN PHILLIP FRANKLIN, III, and
D7, THOMAS REED QUARTZ,

    Defendants.
_____/

## ORDER (1) GRANTING DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE LAY OPINION TESTIMONY AT TRIAL (ECF No. 487) AND (2) DENYING GOVERNMENT'S MOTION FOR RECONSIDERATION (ECF No. 491)

On October 20, 2023, the Court held a hearing on (1) Defendants' Joint Motion in Limine to Preclude Government from Eliciting Lay Opinion Testimony Regarding Knowledge of the Alleged Fraud (ECF No. 487) and (2) the Government's Motion to Reconsider Admissibility of Evidence in Trial for Count One for Defendants John Angelo, Glenn Franklin, and Thomas Quartz, Pursuant to Fed. R. Evid. 801(d)(2)(E) (ECF No. 491). For the reasons stated on the record during the hearing:

1. Defendants' Joint Motion in Limine to Preclude Government from Eliciting Lay Opinion Testimony Regarding Knowledge of the Alleged Fraud (ECF No. 487) is **GRANTED.**

2. The Government's Motion to Reconsider Admissibility of Evidence in Trial for Count One for Defendants John Angelo, Glenn Franklin, and Thomas Quartz, Pursuant to Fed. R. Evid. 801(d)(2)(E) (ECF No. 491) is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 23, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 23, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126