UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 20-cr-20599
    Hon. Matthew F. Leitman

D1, JOHN ANGELO,
D5, GLENN PHILLIP FRANKLIN, III, and
D7, THOMAS REED QUARTZ,

    Defendants.
_____/

## ORDER TERMINATING GOVERNMENT'S MOTION IN LIMINE (ECF No. 497)

On October 22, 2023, the Government filed a motion to exclude any reference by the Defendants at trial to the Court's language and rulings in certain prior orders that the Court issued in this case. (*See* Mot., ECF No. 497.)  The issues raised in the Government's motion were resolved in connection with the trial the Court held in October 2023.  Accordingly, the Court **TERMINATES** the Government's motion because it no longer presents a live issue that needs to be resolved by the Court.

    **IT IS SO ORDERED.**

                          s/Matthew F. Leitman
                          MATTHEW F. LEITMAN
                          UNITED STATES DISTRICT JUDGE

Dated:  February 2, 2024

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                               Case Manager  
                                               (313) 234-5126