UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 20-cr-20599
    Hon. Matthew F. Leitman

D1, JOHN ANGELO, and
D5, GLENN PHILLIP FRANKLIN, III,

    Defendants.
_____/

### ORDER (1) GRANTING DEFENDANTS' MOTIONS FOR JUDGMENT OF ACQUITTAL (ECF Nos. 533, 537) AND (2) TERMINATING DEFENDANTS' MOTIONS FOR NEW TRIAL (ECF Nos. 535, 538) AS MOOT

On July 11, 2024, the Court held a hearing on the following four motions pending before the Court:

- Defendant John Angelo's motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 (*see* Mot., ECF No. 533);

- Defendant John Angelo's motion for new trial pursuant to Federal Rule of Criminal Procedure 33 (*see* Mot., ECF No. 535);

- Defendant Glenn Phillip Franklin, III's motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 (*see* Mot., ECF No. 537); and

1

- Defendant Glenn Phillip Franklin, III's motion for new trial pursuant to Federal Rule of Criminal Procedure 33 (*see* Mot., ECF No. 538).

For the reasons stated on the record, the motions for judgment of acquittal are **GRANTED**[1] and the motions for new trial are **TERMINATED WITHOUT PREJUDICE AS MOOT**.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 16, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2024, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126

---

[1] As the Court explained on the record, the Court granted Angelo's motion for judgment of acquittal on two bases: (1) insufficient evidence of knowledge that the police reports at issue were obtained through fraud and (2) insufficient evidence to establish a conspiracy to fraudulently obtain "property." The Court granted Franklin's motion only with respect to the "property" issue.