AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

UNITED STATES OF AMERICA

v.

D1, JOHN ANGELO

**JUDGMENT OF ACQUITTAL**

Case No. 20-cr-20599-1

Honorable Matthew F. Leitman

    Counsel for Defendant John Angelo, after being convicted by a jury on Count 1 of the Third Superseding Indictment, having moved for a Judgment of Acquittal pursuant to Rule 29, of the Federal Rules of Criminal Procedure; and for the reasons stated on the record, the Court having granted said motion; NOW THEREFORE,

    IT IS HEREBY ORDERED that the Defendant is acquitted and discharged on Count 1 of the Third Superseding Indictment.

s/Matthew F. Leitman
           Signature of Judge

Matthew F. Leitman, U.S. District Judge
           Name and Title of Judge

July 16, 2024
           Date